U.S. DISTRICT COURT
FILED AT WHEELING, WV

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

AUG 1 3 1996

NORTHERN DISTRICT OF W...
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,
            Plaintiff,

V.                                  Criminal No. 5:96CR30

                                    Violations:  18 USC 2
                                                 18 USC 842(j)
                                                 18 USC 844(b)

WILLIAM HUSEL,
            Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 9, 1994, at or near Wheeling Jesuit College, Wheeling, Ohio County, West Virginia, within the Northern District of West Virginia, defendant WILLIAM HUSEL, aided and abetted by an individual known to the United States Attorney, knowingly stored explosive materials, that is a pipebomb type device, in a manner not in conformity with regulations promulgated by the Secretary of the Treasury and his delegate, the Bureau of Alcohol, Tobacco and Firearms, pursuant to Title 18, United States Code, Section 847, in that William Husel and another individual known to the United States Attorney stored said explosive materials at a dormitory room at 203 McHugh Hall and thereafter WILLIAM HUSEL, aided and abetted by an individual known to the United States Attorney, detonated said pipebomb device in a garbage can near the McDonough Center at Wheeling Jesuit College; in violation of Title 18, United States Code, Sections 842(j), 844(b) and 2.

WILLIAM D. WILMOTH
United States Attorney